# Law Office of Jason J. Evans, P. C.

5355 Main Street
Williamsville, NY 14221

Jason J Evans, Esq.
jason@jasonevanslaw.com

Phone (716) 630-0555
Fax (716) 630-0553

Of Counsel
Marcie J. Mason, Esq.
marcie@jasonevanslaw.com

Certified Paralegal
Julie Jaeger, CP
julie@jasonevanslaw.com

March 16, 2011

Honorable Michael J. Kaplan
United States Bankruptcy Court
300 Pearl St. Suite 250
Buffalo NY 14202-2511

**RE:** **Michael & Mary DiPota**
**Motion for Damages for Violation of the Automatic Stay**
**BK# 10-13166**

Judge Kaplan,

Please be advised that the above referenced Motion, scheduled to be heard on March 17th, 2011 at 10:00am in Niagara Falls, has been adjourned to **April 21st, 2011 at 10:00am** (in Niagara Falls), with opposing Counsel's consent. Thank you.

Very truly yours,

Jason J. Evans, Esq.

JJE/jlj