B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF NEW YORK BUFFALO DIVISION | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Michael P Dipota | Case Number: 10-13166-MJK |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Household Finance Realty Corporation of New York | ☒ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>Household Finance Realty Corporation of New York<br>P. O. Box 829009<br>Dallas, Texas 75382-9009 | Court Claim Number: 4-1<br>(*If known*)<br><br>Filed on: 11/8/2010 |
| Name and address where payment should be sent (if different from above):<br>Household Finance Realty Corporation of New York<br>636 Grand Regency Road<br>Brandon, Florida 33510<br><br>Telephone Number: (800) 679-9896 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

1. **Amount of Claim as of Date Case Filed:** $117,099.53

   If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete item 5.

   ☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Money Loaned
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** xxxxxxxxxx0850

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☒ Real Estate ☐ Motor Vehicle ☐ Other: _____
   Describe: 1430 Forbes St, N. Tonawanda, New York 14120

   Value of Property: not available     Annual Interest Rate:

   Amount of arrearage and other charges as of time case filed included in secured claim,

   if any: $23,347.71  Basis for perfection: Recordation of Lien

   Amount of Secured Claim: $117,099.53  Amount Unsecured $0.00

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   Amount entitled to priority:
   $ _____

   *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date:<br>January 27, 2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>/s/ Lawrence J. Buckley as Creditor's Authorized Agent<br>972.643.6600 | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
2250-N-9598

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

IN RE: §
§ CASE NO. 10-13166-MJK
MICHAEL P DIPOTA §
MARY P DIPOTA § CHAPTER 13
§
§ JUDGE MICHAEL J. KAPLAN

## EXHIBIT A

ITEMIZATION OF AMENDED CLAIM AND SUMMARY OF SUPPORTING
DOCUMENTS FOR CLAIM OF HOUSEHOLD FINANCE REALTY CORPORATION OF NEW YORK
REGARDING CERTAIN COLLATERAL DESCRIBED AS:
1430 FORBES ST, N. TONAWANDA, NEW YORK 14120

### SECTION 1. ITEMIZATION OF CLAIM

| | | |
|---|---|---|
| 1. | Total Debt (As of July 20, 2010) | $117,099.53 |
| 2. | Interest rate as of July 20, 2010 | 7.73% |
| 3. | Detail of arrearage: (through July 20, 2010) | |
| | 1 partial payment June 2010 through June 2010 @ $356.00 each: | $356.00 |
| | Daily Simple Interest Due | $0.00 |
| | ** PRE-PETITION ATTORNEY FEES AND COSTS | $0.00 |
| | ** PRIOR BANKRUPTCY FEES AND COSTS | $0.00 |
| | ** POST-PETITION BANKRUPTCY FEES AND COSTS | ($0.00) |
| | ** OTHER CHARGES | |
| | Funds Advanced for Delinquent Taxes | $22,991.71 |
| | Niagra County – 2008-2010  $2,925.07 | |
| | City of North Tonawanda – 2007  $7,385.65 | |
| | City of North Tonawanda – 2008-2010  $12,680.99 | |
| | **TOTAL ARREARAGE** | **$23,347.71** |

First post-petition monthly payment amount: $882.88. The monthly payment amount may change due to interest rate adjustments, if applicable.

File Number 2250-N-9598 / poc  Trustee Albert J. Mogavero

| | |
|---|---|
| B10 (Official Form 10) (04/10) | |
| UNITED STATES BANKRUPTCY COURT Western District of New York | PROOF OF CLAIM |

Name of Debtor: Michael P DiPota
Mary P DiPota

Case Number: 1-10-13166-MJK

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Cedarcrest Fund LP
PO Box 830669
Arsenal Station
San Antonio, TX 78283
*1-212-812-2280*

Court Claim Number: 5
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

1. Amount of Claim as of Date Case Filed: $ **7357.**

   If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **Tax lien, unpaid 2007 Taxes**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:

   Value of Property: $ **Dk**  Annual Interest Rate **10** %

   Amount of arrearage and other charges as of time case filed included in secured claim,

   if any: $ _____ Basis for perfection: _____

   Amount of Secured Claim: $ **7357.**  Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

   ☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   Amount entitled to priority:
   $ _____

   *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: **12/15/10**  Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*(signature)* GP of Cedarcrest Fund LP

FOR COURT USE ONLY
FILED
DEC 27 2010
BANKRUPTCY COURT

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.