# Law Office of Jason J. Evans, P. C.

5355 Main Street
Williamsville, NY 14221
Phone (716) 630-0555
Fax (716) 630-0553

Jason J. Evans, Esq.

Of Counsel
Marcie J. Mason, Esq.

Certified Paralegal
Julie Folmsbee, CP

April 20, 2011

Hon. Michael J. Kaplan
300 Pearl Street, Suite 250
Buffalo, NY 14202


Re: Michael & Mary DiPota
BK#: 10-13166


Dear Judge Kaplan:

Please be advised that our Motion for Sanctions for Violation of the Automatic Stay scheduled for April 21, 2011 at 10:00 a.m. has been settled therefore we are withdrawing said motion.

Thank you for your anticipated cooperation. Should you have any questions or concerns, please do not hesitate to contact the undersigned.


Sincerely,


Marcie Mason, Esq.


cc: Rosicki & Rosicki, Lisa Milas